UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RONALD LOWELL HOBSON,
                Plaintiff,

        -against-

NEW YORK POLICE DEPARTMENT, *et al.*,
                Defendants.
------------------------------------------------------------------x

ORDER
06 CV 14412 (GBD)

GEORGE B. DANIELS, DISTRICT JUDGE:

    The Clerk of the Court is directed to close this case.

Dated: New York, New York
       November 6, 2008

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge